IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00620-BNB

MATTHEW J. SMITH,

Plaintiff,

v.

WILLIAM COLTON,

Defendant.

## ORDER

This matter arises on the following:

(1) **Motion to Amend Section D. Cause of Action of Prisoner Complaint in Regard to Civil Action No. 14-cv-00620-BNB** [Doc. #21] (the "Motion to Amend");

(2) **Plaintiff's First Set of Interrogatories to Defendants** [Doc. #22] (the "Interrogatories"); and

(3) **Plaintiff's First Request for Production of Documents** [Doc. #23] (the "Request for Production").

The plaintiff seeks to amend his Complaint to change the date in Claim One from August 8, 2013, to August 5, 2013. The Motion to Amend is granted.

The plaintiff also filed discovery requests. The discovery requests must be served on counsel for the defendant; discovery materials are not filed with the court. Fed.R.Civ.P. 5(d).

IT IS ORDERED:

(1) The Motion to Amend Section D. Cause of Action of Prisoner Complaint in Regard

to Civil Action No. 14-cv-00620-BNB [Doc. #21] is GRANTED;

    (2)   Plaintiff's First Set of Interrogatories to Defendants [Doc. #22] is STRICKEN; and

    (3)   Plaintiff's First Request for Production of Documents [Doc. #23] is STRICKEN.

Dated September 5, 2014.

                                   BY THE COURT:

                                   s/ Boyd N. Boland
                                   United States Magistrate Judge