IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00620-BNB

MATTHEW J. SMITH,

Plaintiff,

v.

WILLIAM COLTON,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Motion to Amend the Scheduling Order** [docket no. 32, filed January 16, 2015] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. The deadline to serve written discovery is extended to **February 17, 2015**. The discovery cut-off is extended to and including **March 22, 2015**, and the dispositive motions deadline is extended to and including **April 21, 2015**.

DATED: January 20, 2015